**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § § § § § § | Case No. 24-30448 |
| Derrick Jermaine Kyles, Sr and | | |
| Alesha Leanne Murphy, Debtors | | Chapter 13 |

## DEBTOR'S MOTION TO CONVERT TO CHAPTER 7

TO THE HONORABLE JUDGE OF SAID COURT:

Debtor moves to convert the above-referenced case to a chapter 7 case, and in support thereof, states as follows:

1. On May 23, 2024, Debtor, Derrick Jermaine Kyles, Sr and Alesha Leanne Murphy, filed a voluntary petition for bankruptcy relief in the above-referenced case under Chapter 13 of the United States Bankruptcy Code.

2. Pursuant to 11 U.S.C. § 1307(a), the Debtor(s) may convert this case to a case under chapter 7 "at any time." The Debtor(s) elect to convert this case to a case under chapter 7 effective on or before the 38th day following the filing of this motion.

3. Pending the conversion, the Debtor(s) seek to suspend all payment obligations to the chapter 13 trustee.

4. The Debtor(s) require the assistance of counsel for the conversion. Accordingly, the Debtor(s) request that funds on deposit with the chapter 13. The Debtor(s) request that the disbursements up to the sum of $0.00 out of available funds from the chapter 13 trustee as payment to counsel for post-conversion services.

Dated: 08/22/2024

Respectfully submitted,

Resolve Law Group,
a registered dba of Price Law Group, A.P.C.

By: /s/ Alan D Borden
Alan D Borden
FLBN 58250
801 E. Travis St., Ste. 2101 Houston, TX 77027
(832) 709-1941
alan@resolvelawgroup.com

Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned certifies that on the August 22, 2024, a copy of the foregoing Objection was filed electronically and served electronically and/or regular, first class U.S. mail, postage prepaid, to the Debtor, Chapter 13 Trustee, to the following attorney for the Movant, to any attorney or party in interest requesting notices in the above-referenced case, and to each party on the attached service list.

/s/ Alan D Borden
Alan D Borden